W. West Allen, Esq.
Nevada Bar No. 5566
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Email: wwa@h2law.com
Email: jwf@h2law.com

*Attorneys for Defendants, Twisted Brands LLC,
Colin Episcopo, Scot Greve, and Cheryl Natlo*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| P&L SALES GROUP INC, a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TWISTED BRANDS LLC, a Florida Limited Liability Company; COLIN EPISCOPO, a Florida Resident; SCOT GREVE, a Florida Resident; CHERYL NATLO, a Florida Resident,<br><br>Defendants. | Case No.: 20-cv-00810-APG-NJK<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADINGS AND ACCEPTANCE OF SERVICE OF PROCESS**<br><br>**(First Request)** |

Pursuant to Local Rules LR IA 6-2 and LR 7-1, Plaintiff P&L Sales Group Inc. ("P&L"), and Defendants Twisted Brands LLC, Colin Episcopo, Scot Greve and Cheryl Natlo (collectively "Defendants") hereby submit this stipulation and proposed order as follows:

1. Defendants Twisted Brands LLC and Cheryl Natlo were served on June 18, 2020. The remaining two individual defendants (Scot Greve and Colin Episcopo) residing in Florida have not yet been personally served by the Plaintiff in this action. The parties and their counsel desire to expedite service of process and to afford counsel for the Defendants sufficient time to prepare a response to Plaintiff's Complaint. Additional time also is necessary for the retention of local counsel—completed on or about July 1, 2020—and for the Defendants and their new counsel to adequately review and understand the complexities of the case.

1

2. The parties and their respective counsel have consulted and agreed that additional time to prepare and file a response to this action is appropriate under these circumstances. This time will better enable counsel to confer with all of the named defendants and prepare a response to Plaintiff's Complaint without the need to await individual service of process of the remaining parties.

3. The law firm Malloy and Malloy P.L. will accept service of process of the Summons and Complaint on behalf of Defendants Scot Greve and Colin Episcopo either by mail or email at either 2800 S.W. 3rd Ave., Miami, FL 33129 or MMendez@malloylaw.com respectively.

4. Based upon the foregoing and for good cause shown, Defendants shall have additional time, through and including, July 30, 2020, to file responsive pleadings to the Complaint.

This is the first stipulation for extension of time to file responsive pleadings. The parties and their counsel jointly request an order entering this stipulation.

DATED this 8th day of July, 2020.

**BAYRAMOGLU LAW OFFICES LLC.**

By: */s/ Nihat Deniz Bayramoglu*
NIHAT DENIZ BAYRAMOGLU, ESQ.
(Nevada. Bar No. 14030)
1540 West Warm Springs Road, Suite 100
Henderson, Nevada 89014
*Attorneys for Plaintiff, P&L Sales Group Inc.*

**HOWARD & HOWARD ATTORNEYS PLLC**

By: */s/ W. West Allen*
W. West Allen, Esq. (Bar No. 5566)
Jonathan W. Fountain, Esq. (Bar No. 10351)
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, Nevada 89169
*Attorneys for Defendants, Twisted Brands LLC, Colin Episcopo, Scot Greve, and Cheryl Natlo*

**IT IS SO ORDERED.**

DATED July 9, 2020

_____
UNITED STATES MAGISTRATE JUDGE

2