UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

P&L SALES GROUP, INC.,

    Plaintiff(s),

v.

TWISTED BRANDS LLC, et al.,

    Defendant(s).

Case No.: 2:20-cv-00810-APG-NJK

**Order**

[Docket No. 27]

Pending before the Court is a proposed discovery plan in which Defendants contend that discovery should be stayed pending resolution of their motion to dismiss. Docket No. 27; *see also* Docket No. 23 (motion to dismiss). The discovery plan is hereby **DENIED** without prejudice.

To the extent Defendants seek a stay of discovery, they must file a proper motion for such relief by October 2, 2020.[1] Any response thereto must be filed by October 7, 2020, and any reply must be filed by October 9, 2020.

If a motion to stay discovery is filed by October 2, 2020, then discovery will be stayed on an interim basis pending resolution of the motion to stay discovery. If a motion to stay discovery is not filed by October 2, 2020, then the parties must file a joint proposed discovery plan by October 9, 2020.

IT IS SO ORDERED.

Dated: September 29, 2020

                                                Nancy J. Koppe
                                                United States Magistrate Judge

---

[1] The Court expresses no opinion herein on the merits of such a motion.